UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 12 2011
TERE[...] [...]RK
Southern District of West Virginia

Robert Blake

_(Enter above the full name of the plaintiff or plaintiffs in this action)._

_(Inmate Reg. # of each Plaintiff)_

**VERSUS**

CIVIL ACTION NO. 2:11-0031
_(Number to be assigned by Court)_

Co Brade
Co Sgt. work sunday Monday Tuesday Wensday
Co Tie.

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ✓      No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: Robert Blake.

      Defendants: Lt David Miller. Counselor Tim Carroll.

   2. Court (if federal court, name the district; if state court, name the county);

      Charleston West Virginia

   3. Docket Number: 2:10-CV-00031.

   4. Name of judge to whom case was assigned:

      Thomas E Johnston.

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      It is still Pending.

   6. Approximate date of filing lawsuit: May 4-2010

   7. Approximate date of disposition: N/A.

II. **Place of Present Confinement:** Mountolive Correctional Complex

  A. Is there a prisoner grievance procedure in this institution?

  Yes ✓   No ____

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

  Yes ✓   No ____

  C. If you answer is YES:

  1. What steps did you take? Unit Manager/warden Commissioner

  2. What was the result? I never did get an answer back on g/are g2 g re g3.

  D. If your answer is NO, explain why not: They just throw them away.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A. Name of Plaintiff: Robert Blake.
  Address: 1 Mountainside Way Mountolive West Virginia 25185-1000.

  B. Additional Plaintiff(s) and Address(es): N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: *CO Brade.*

is employed as: *CO*

at *Mountainside way Mount olive. WV 25185-1000.*

D. Additional defendants: *Sgt Throne work Sunday Monday Tuesday and Wensday at Mountain side way Mount olive WV 25185-1000*

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*Them holding My Leg Mail back and Them giveing It To Someone else. and They was in on It all so about My TV.*

4

**IV. Statement of Claim (continued):**

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

What I would like for The Court To do is spend Them and see If They can order Them To give me My Leg Mail When I have It.

V.  Relief (continued)):

_____
_____
_____
_____
_____
_____

VII. Counsel

  A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

  *Person's*_____

  B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

  Yes ✓   No ____

  If so, state the name(s) and address(es) of each lawyer contacted:

  W. Henry Lawrence (W.V.a.Bar 2156. 400 Oaks Boulevard Bridgeport WVa. 26330

  If not, state your reasons: I sent them a Letter and Never did get an wer back from Them.

  C. Have you previously had a lawyer representing you in a civil action in this court?

  Yes ✓   No ____

6

If so, state the lawyer's name and address:

W. Henry Lawrence C W.V.a. Bar No 2156
400 Oaks Boulevard Bridgeport WV 26330

Signed this 10 day of Jan, 20 11.

Robert Blake

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Jan 10-2011.
           (Date)

Robert Blake
Signature of Movant/Plaintiff


_____
Signature of Attorney
(if any)

7

Ms. Courthouse
300 Virginia street 2400
United States District court
Southern District of
West Virginia
Charleston
West Virginia
25301.
office Business.

WK Robert Blake
23615
&Williams I Pod 5 cell 507
Mount olive correctional
complex
1 Mountainside way
Mount olive
West Virginia
25185-1000
Inmate Legal Letter